**Order entered July 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00010-CV

### JOHN P. HAGAN, Appellant

### V.

### JAMES E. PENNINGTON, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00175-2017**

## ORDER

Before the Court is appellant's July 2, 2018 motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **August 8, 2018**.

/s/    ADA BROWN
         JUSTICE